IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LATASHA Gradison

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC- BALTIMORE
'24 DEC 23 PM 3:58

-against-

NASA Washington D.C, Homeland Security Washington D.C., Fort Meade, Fort George G. Meade, NSA National Security,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. BAH 24 CV 3729
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

HD

Rcv'd by: AN

(See Attached Additional Page)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Latasha Gradison |
| Street Address | 1703 Meade Village Circle, 2W |
| City and County | Severn, MD 21144 |
| State and Zip Code | |
| Telephone Number | 443, 402-4532 |
| E-mail Address | tashag113@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NSA, National Security |
| Job or Title (if known) | 9800 Savage Rd. |
| Street Address | Fort Meade MD. 20755 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

- Homeland Security
  3801 Nebraska Av. N.W. Washington, DC. 20528
  Navy Communication, Security Section
  Nebraska Ave Complex.
- NASA, Washington, D.C 300. E. Street S.W Washington, DC. 20546
- NASA Washington, D.C Rm. 2K68, NASA Headquarters Washington, D.C 20546

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Latasha Gradison, Cyrus Carter
Street Address: 1703 Meade Village Circle, 214
City and County: Severn, MD 21144, Anne Arundle
State and Zip Code: 21144
Telephone Number: 443-402-4532
E-mail Address: tashaGil13@gmail.com

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: U.S. Army The Pentagon
Job or Title (if known):
Street Address: Arlington County, Virginia, U.S
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**

- Name: Dept. of Defense, The Pentagon Washington, D.C. 20301
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name: U.S. Dept. of The Army, 1950 Defense Blvd. Washington, D.C 20301
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name: Fort Meade Army, Fort George G. Meade.
- Job or Title (if known):
- Street Address: 4409 Llewellyn Ave
- City and County: Fort Meade, MD 20755
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

See Attached.

a Homeland Security
300 7th St. S.W
Washington, DC - 20024 - Homeland Security Investigations

Defendant No. 2

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 3

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement of Claim provided. See Attached. 9 pages.

*[signature]*

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

- I am Asking to the Court to order/Demand 50-million Dollars for conpprian-"NoTone", Not one Latasha. Heinous Crimes TARgeted agaisnt me and my Family. I have provided a Statement.
- The Reasons, TARgeted by Radar from U.S. Army.
- Defamation, Libel, Slander and Cyber Smear.
- Court Actions are Currently Taking Place.
- Several people that are Involved have Been Jailed And killed In this Conspircy Agaisnt me and my Family.

L. Juadison

7

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-23, 20 24

Signature of Plaintiff   *Latasha Gradison*
Printed Name of Plaintiff   Latasha Gradison

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____

8