Page1
.Tasha Gradison
10/5/2024

**<u>I am writing this statement to file a complaint against Homeland Security.</u>**

- There are several case numbers with investigations that has taken place since January 2024.

- Around <u>January and March of 2024</u> I called Fort Meade Military base to assist with problems I was having with their Military.

Homeland Security assigned an officer to the case to investigate the harm that was reported since I had been calling for several years. After several of weeks of the officer examining he noticed that there may very well be maltreatment so he followed up on an urgent call that I had made one night which was between January and March of 2024. That call started a case where several people were jailed in a conspiracy they called "Not One". (Not One – Latasha)

When I made that urgent crucial call I got in touch in NSA Police and insisted they follow up with what was happening at that very moment while I was on the phone because I wanted to be sure that they heard the same things that I heard and saw what I saw, as it was taken place at that moment in time.

The Homeland Security Police also followed up. Seems my home was set and bugged like it was a dwelling set for warfare.

One of the things that stuck out to the officers that made them follow up in urgency were words that I had heard. Cursing towards me personally, threats, intimidation and bullying; and actually addressing me by my name. I heard a discussion, one of the guys said that "were also located as spy's at Royal Farms" near by my home on Annapolis Road and mentioned a name "henny penny which come to find out is a Royal farms cooking element. More importantly this is the same convenient store that I had had previously serviced as a client when I worked for Pepsi Cola.

When I worked for Pepsi one day A few military men spotted me at that Royal farms near Shipley's since the Army base was directly across the street and targeted me for some reason.

It seems I was made to live foot at the bottom of the military because some military live foot situations is known to be ill loyalty or disloyalty with Homeland security. Since then that man was shot and killed by gunfire by his military.

Come to find out the reason was the military was allotted (Because I worked for Pepsi) a set essence or principle with it being an international company that contained a global ID number it was stated it allowed a central life-force and fragrance with each item that the beverage company offered. Gatorade, Starbucks, and Celsius brands just to name a few. So instead of the military army and department of defense having tov live at foot at the bottom and be subjected to disloyaloty set for them personally my

- NASA, Washington D.C.
- Homeland Security, Washington, D.C
- Forte Meade Army. Fort George G. Meade.
- U.S Dept. of the Army
- NSA National Security Agency Fort Meade, MD
- U.S. Army The Pentagon
- Dept. of Defense, the Pentagon

Page2
Tasha Gradison
10/5/2024

identity was stolen they were my global ID number with my employer was given to them and I was made to live at the at their bottom, subjected to their disloyal life.

- *Finding, It was found at Homeland Security that a woman who was taken in for questioning and potentially jailed sometime in August 2024 helped him carry out this act.*
- *The findings were that a few of their men and women had been spying on me when I worked for Pepsi Cola, with plans of Espionage or undercover attack for Identity theft intended for standard and principle of just being. In turn for me made to live foot at the bottom, having to experience things no one should ever have to see or experience my clear sky set by the department of defense warfare, fighting, clash and hidden by robots they called UAB's by SWATT or ICE at homeland security.*
- *Findings, The first police officer that started the investigation in the beginning Jan, 2024 was jailed in September, 2024 because he was found to be criminally involved.*
- *Findings, This crime was managed by people using a Microsoft spreadsheet that managed a program of veterans using software radars and robots or UAB's.*
- *Findings, The woman that helped the man shot by gunfire at Homeland Security was indicated in the conspiracy and taken in for questioning as well. She played a big part with the men not stopping their organized crime, she could have stopped it but chose not to. She was one of the main sources if not the source as to how my name social and global ID was accessed.*
- *Findings, It was even found that several of the officers that helped with the initial investigation in the beginning were found to be dirty several months into the investigation with the organized crime; had hidden information that was eventually found and are now in jail today or have been shot and killed for dishonor, being disobedient, unmanageable and impossible to control or trust to be gained throughout the investigation.*
- *Findings, The first police officer that started the investigation in the beginning Jan, 2024 was jailed in September, 2024 because he was found to be criminally involved.*
- *Findings, There is investigator officer that is involved initially primarily, he and his wife (or girlfriend) is now in jail, it has been said that she is set to be executed by homeland security for a security breach with-in their clear administration, clear police, and NSA police pertaining to myself and my family. This breach in their security was made a very big deal and it was stated she is set to be executed and he is jail for a very very long time.*
- *Findings, There was a different NSA woman officer that was found to be jailed, on the week of September 1st, September 8th or Sept 15th involved in the conspiracy and was jailed. That morning I had called Homeland security to follow up on an urgent situation that was happening it was assigned a case number one man was jailed that worked for the office he performed background checks for USA jobs and died while he was in prison just days after he was imprisoned. The NSA officer woman was indicated, and just days later after I met briefly with a Homeland Security Officer at the Dash-In on Quarter Field Rd in Severn Maryland. She was jailed in the conspiracy as well then executed a week later for being uncontrollable and intense threated that as long as she lived, me and my family would be in danger.*
- *Findings with Cyrus Carter, They connected him to the Deaf and hearing impaired people in the Navy and Army and attached his name and social security and address in there databank meant for disabled people connected him to a braille database meant for blind people. They said they would do it that way because he would not be easily found and that my child would be lost.*

Page3
Tasha Gradison
10/5/2024

Voice unheard, taken, cries unheard because he would be stuck in a supercomputer or mainframe instead of being in a normal setting, said that he would sound disguised unlike himself and would be unnoticed, taken and made to live foot. Even took the motor in his gaming system and connected it to some database or software system in there facility in the Navy Army and Homeland Security and the motor in my child's gaming system repeating and chanting words and conversations.

- *Findings*, NSA Police woman officer was jailed between the weeks September 16th or the week of September 28th in conspiracy with a database or databank that contained that name Cyrus for more than a few years. They found that at least 5 or 6 people by the name of Cyrus has been taken and is currently being taken.
- The NSA woman police officer has been jailed, and it has been implied that she will be there for the rest for her life.
- Important Finding's on October 3rd 2024 between 8:30am and 9:37am black man, Navy, was taken in for questioning regarding the Latasha Gradison and Cyrus Carter conspiracy because he was a threat, a stealer of life in his a clear administration a navy police officer and apparently a man with a great position of power. It was found that we was uncontrollable and had stolen me and my child regular domestic pure life and made it foreign using Robots, UAB's on radar with software to live foot, at the bottom of their military life. Experience, warfare in my home, taunting my child with the use of secret gadgets and contraptions. They have referred to him my child's name Cyrus in a sex or sexual nature with some type of sensation set by their government administration and it was even found in their administration it was used to get people aroused sexually. This man had already stolen me and now off to my offspring. It was stated this man was executed my gunfire by on October 5th 2024 between the hours of 11:30am and 12 noon.
- Finding's, taken and lost in databanks set up warfare that deaf, blind and disabled people are often taking so we could not be found as the heinous crimes were committed.
- Findings, It was found the person that placed the images was fired immediately in the conspiracy on Monday September 30th or Oct 1, 2024 and it is suspected this is the same guy that said It was time to "*take*" him and that was just one way he was going to do it. Ruining his image and taunting in warfare trying to make him repeat what they were telling them to say they wanted to make him retarded was there exact words, said that he too would live foot and they would see to it that he will not be anything he set out to be as a young adult in their violent retaliation.
- Findings, even took the motor in his gaming system and connected it to some database or software system in there facility in the Navy Army and Homeland Security and the motor in my child's gaming system repeating and chanting words and conversations.
- Findings, *Throughout this entire time frame in this investigation I have experienced military and police staff getting me fired from my jobs at Pepsi Cola and T-Rowe Price.

- The police actually hold in their possession a recording of a young lady that had made several attempts to get me fired from T-Rowe Price. After her incontrollable attempts I was fired from my job. Several of the officers were surprised that the same woman that made those attempts asked for a job for herself and was eventually hired by T-Rowe Price. Some of the officers and corrupt people involved in this conspiracy even called a few potential employers that I had

Page4
Tasha Gradison
10/5/2024

      interviews set up with to tell them not to hire me. Those employers were Manheim Cox and Morgan Stanley. I was threatened to be fired from every job I tried to gain and said I will not make it to my full potential, used words like "bitch we said no". You cannot have an important job like T-Rowe Price or Morgan Stanley or Pepsi. Stole my Identity and then afforded there military woman the same opportunity they stole from me. *Throughout this entire time frame in this investigation I have experienced military and police staff getting me fired from my jobs at Pepsi Cola and T-Rowe Price

- the same jobs and opportunity literally handed over to their cops and family. Our vital records and social security numbers, motor vehicle records have been sought and manipulated to carry out these Heinous crimes.
- Findings: The Clear Administration and Navy had been working together. On Friday September 27th 2024 Homeland security officers went to their Navy and questioned a guy related in a big way to the conspiracy. And On Friday September 27th 2024 late at night they audited his computer and found evidence of a spreadsheet that contained a list of names that was to live foot and how the business was conducted. It showed a direct attack on me, Latasha and my family. The guy was taken into custody by their ICE and SWATT officers immediately. The week of September 23rd or the September 30th 2024 a long time Clear Administration offender and threat to the U.S. Known by the alias "spussy" was taken into custody as well.

The police were able to locate the people responsible for the act which turned out to be there NSA Police officers and Army Officers, that had originally targeted me at that Royal farms the Homeland Security investigation was open and it started an ongoing investigation throughout the months January 2024 through October, 2024.

Several people have been jailed and killed throughout the investigation.

*On September 29th or September 30th 2024 between the hours of 6-7am* *the guy that had initially formed the attack on me at Royal Farms was shot and killed by multiple gunfire after 6 to 8 months of investigation because he was such a big threat. Right before he was killed he said I "give" Latasha Tennille, meaning I would live foot at the bottom of his life set in the army his disloyal reprimand allotted towards me, this was something that these men and woman said very often and was deemed as organized crime. And my Global Pepsi ID number given to him by homeland security. This crime was managed by people using a Microsoft spreadsheet that managed a program of veterans using software radars and robots or UAB's. For some my name was on their list.*

*The woman that helped the man shot by gunfire at Homeland Security was indicated in the conspiracy and taken in for questioning as well. She played a big part with the men not stopping their organized crime, she could have stopped it but chose not to. I'm not sure if she was jailed or just taken in for questioning however she was one of the main sources if not the source as to how my name social and global ID was accessed.*

Page5
Tasha Gradison
10/5/2024

Throughout the investigation and for the past 8 months there have been about 4 investigation numbers assigned names like "Not One" "Jailed for Group Terrorism aimed at Latasha Gradison to these investigations.

Identifiers that may be known that are associated or assigned with this conspiracy is: "Not One" and words indicated, "Charged with Group Terrorism" "Manslaughter", and "Sabotage".

More than 50 people have been jailed and several several people have been killed this group of people include Military, Navy, Army, NSA and Homeland Security Police officers involved charged and Killed for group terrorism in this conspiracy against me and my family.

It was even found that several of the officers that helped with the initial investigation in the beginning were found to be dirty several months into the investigation with the organized crime; had hidden information that was eventually found and are now in jail today or have been shot and killed for dishonor, being disobedient, unmanageable and impossible to control or trust to be gained throughout the investigation.

The first police officer that started the investigation in the beginning Jan, 2024 was jailed in September, 2024 because he was found to be criminally involved.

There is separate investigator that is involved in the findings, he and his wife is now in jail and it has been said that she is set to be executed by homeland security for a Security breach in conspiracy with Fort Meade police the same the guy who targeted me at Royal farms was killed by multiple gunfire on _September 29th or September 30th 2024 between the hours of 6-7am_ .

There was a different NSA woman officer that was found to be jailed, on the week of September 1st, September 8th or Sept 15th involved in the conspiracy and was jailed. The NSA woman was jailed just days later after I met briefly with a Homeland Security Officer at the Dash-In on Quarter Field Rd in Severn Maryland.

She was jailed in the conspiracy then executed a week later for being uncontrollable and extreme threated that as long as she lived, me and my family would be in danger so was executed.

- *Throughout this entire time frame in this investigation I have experienced military and police staff getting me fired from my jobs at Pepsi Cola and T-Rowe Price.

- The police actually hold in their possession a recording of a young lady that had made several attempts to get me fired from T-Rowe Price. After her incontrollable attempts I was fired from my job. Several of the officers were surprised that the same woman that made those attempts asked for a job for herself and was eventually hired by T-Rowe Price. Some of the officers and corrupt people involved in this conspiracy even called a few potential employers that I had interviews set up with to tell them not to hire me. Those employers were Manheim Cox and Morgan Stanley. Threatened to be fired from every job and said I will not make it to my full potential, used words like "bitch we said no". You cannot have an important job like T-Rowe Price or Morgan Stanley or Pepsi. Stole my Identity and then afforded there military woman the same opportunity they stole from me.

Page6
Tasha Gradison
10/5/2024

- the same jobs and opportunity literally handed over to their cops and family. Our vital records and social security numbers, motor vehicle records have been sought and manipulated to carry out these Heinous crimes.

It has progressed to a vengeance on my offspring, my children because of past investigations in retaliation. The police actually hold in their possession a recording of a man or woman saying "we are *taking the* son (Cyrus), its time". Meaning to do him harm. I called Homeland Security franticly the week of September 1 or September 8, 2024 to report this malicious action that took place with my child, crying and in disbelief, heartbroken and frantic. Witnessed warfare and spy nature that was set in my home chanting my sons name aloud. The investigator that answered the phone assigned a case number and action was taken immediately.

We experienced and witnessed our home set up, like a dwelling that is set for warfare. Air waves in our home chanting "Cyrus Cyrus Cyrus and then said repeat these words after me "oh what a good boy, oh what a good boy". Very disturbing obnoxious awkward probing like they were requesting something. They have referred to him my child in a sex or sexual nature and it was even found in their administration that someone was trying to get him aroused and stimulated to ruin his image at Homeland since the investigation was underway.

- It was also _found_ they have that name Cyrus set in a database or databank as a sexual sensation for arousal in warfare to offset feuds vendetta or conflict.

- They placed things in the air wave set for war fare in my home with images of my child masturbating, false images sought to make me and my family upset and enraged to ruin the investigation, some admittedly said "yeah were eff'ing up your investigation, but actually said the curse word."

- It was found the person that placed the images was fired immediately in the conspiracy on Monday September 30th or Oct 1, 2024 and it is suspected this is the same guy that said It was time to "*take*" him and that was just one way he was going to do it. Ruining his image and taunting in warfare trying to make him repeat what they were telling them to say they wanted to make him retarded was there exact words, said that he too would live foot and they would see to it that he will not be anything he set out to be as a young adult in their violent retaliation.

- They connected him to the Deaf and hearing impaired people in the Navy and Army and attached his name and social security and address in there databank meant for disabled people connected him to a braille database meant for blind people. They said they would do it that way because he would not be easily found and that my child would be lost. Voice unheard, taken, cries unheard because he would be stuck in a supercomputer or mainframe instead of being in a normal setting, said that he would sound disguised unlike himself and would be unnoticed, taken and made to live foot. Even took the motor in his gaming system and

Page 7
Tasha Gradison
10/5/2024

connected it to some database or software system in there facility in the Navy Army and Homeland Security and the motor in my child's gaming system repeating and chanting words and conversations.

During the investigation with Homeland Security and the clear administration.

- They said they have *found* vital records information, birth certificate numbers and social security numbers of my family and I for the purpose of warfare set towards my family to live foot at the bottom of the military.

They found that there is a scheme happening with people by the name of Cyrus. They indicated 5 people with that same name that is being taken by the military and the Homeland Security Clear Administration to live foot, at the bottom of the military and one another.

- *Found,* NSA Police woman officer was jailed between the weeks September 16th or the week of September 28th in conspiracy with a database or databank that contained that name Cyrus for more than a few years. They found that at least 5 or 6 people by the name of Cyrus has been taken and is currently being taken.
- The NSA woman police officer has been jailed, and it has been implied that she will be there for the rest for her life.

Made to live foot of the Military the Department of Defense (DOD) at Fort Meade and Homeland Security. Threatened my life if I did not comply and said I had to die. My clear blue sky covered by warfare activity and placed on a radar, locator and sensor so there is no escape. Living the foot at the bottom of the military went on for about 4 or 5 years and after almost three years of calling for help Homeland finally launched an investigation and everything that I explained is what happened.

My family was split apart from this manic attack. My Husband of 27 years him and I couldn't make it through the torture and finally got divorced in 2022. All three of my children taunted teased and threatened there life and lively made and threatened to live foot of the military and or die.

Taken and lost in databanks set up warfare that deaf, blind and disabled people are often taking so we could not be found.

The most recent calls that I have made to Homeland Security Between <u>August and September, 2024</u> In those urgent emergency calls, I had expressed urgent concern for my family and myself, it seemed like an act of retaliation and vengeance had pursued only just 2 weeks ago. The police actually hold in their possession recording of a man or woman saying "we are taking her son, its time". They said they had found vital record information and social security numbers of my family and I, for the purpose of warfare set towards my family. My home was set and bugged like it was a dwelling set for warfare. The climate in my home was manipulated and in operation of rivalry taunting and identity theft. I Called homeland security the investigators assigned had been working with previous investigators.

Page8
Tasha Gradison
10/5/2024

Findings: The Clear Administration and Navy had been working together. On Friday September 27th 2024 Homeland security officers went to their Navy and questioned a guy related in a big way to the conspiracy. And On Friday September 27th 2024 late at night they audited his computer and found evidence of a spreadsheet that contained a list of names that was to live foot and how the business was conducted. It showed a direct attack on me, Latasha and my family. The guy was taken into custody by their ICE and SWATT officers immediately. The week of September 23rd or the September 30th 2024 a long time Clear Administration offender and threat to the U.S. Known by the alias "spussy" was taken into custody. The week of Sunday September 29th a Clear Administration man that worked for Homeland Security was shot and killed for activating a databank that was transmitted to my home from Homeland in the conspiracy and Latasha and Cyrus. The very next day it sparked a nationwide investigation with the white house and the secret service. A host of important people quit willingly that may have been involved, people were made to resign and got fired.

<u>Tag words or Case names to help identify cases :</u>  Not One, Group Terriosim, Man slaughter, Latasha Gradison, Tennille, Cyrus Carter, Carter, family conspiracy.

the weeks of November 2024, Homeland Security Conducted investigations of Each agency the Clear Administraion. Findings: There Clear ADministion was Involved the the Army And some of the other agency's Mentioned that my Family and I were Pushed-of or Sold to the Militayry to live the Foot of war. Names, SSN's Given to Terroist.

The week of December 16, A woman from the U.S Army that was a Wanted Person, She Had Targeted my Chid Directly for the past year was Sentenced to Death by the U.S. States Army with the Approval From the White House. This woman was A main Person of Interest. And Had been known to commit Similar crimes.

The week of December 2nd 2024
The week of 9th 2024 and the week of Dec. 16th 2024
The week of December 9th NSA and FortMeade was contacted by Homeland Security with Heinous crimes that were commited. agaisnt my Family and I. U.S Army was also Contacted. So was the U.S. NAVY.

<u>Findings</u> They found that my Family and were. Living the Foot of Life with Software that was put in Placed by A Radar Targeted agaisnt my Fomily and I.
People were Jailed Forcibly, using Force and violence. A Battle, A War, A Fight tenaciously. Armed conflict Agaisnt my Family and myself. My Chid. To Not give-In, trying to keep us Locked into A Radar. I believe one NSA woman/Police. was Even Killed by GunFire.